UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE,<br><br>　　　　　　　　Defendants. | CASE NO. 5:24-MJ-00007-CDB<br><br>ORDER UNSEALING CASE<br><br>(Doc. 7) |

   Good cause appearing due to the defendants' pending initial appearances in this case, it is ordered that the motion of the United States of America to unseal (Doc. 7) is GRANTED, and that the complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

   Dated: **February 22, 2024**　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE