PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:24-MJ-00007-CDB |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARINGS AND EXCLUDE TIME |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE | |
| Defendants. | |

The parties stipulate as follows:

1. The complaint was issued in this case on February 14, 2024. The defendants were subsequently arrested and made their initial appearances in various districts from February 22, 2024, through March 5, 2024. Mr. Thomas made his initial appearance in the Eastern District of California. Ms. Dozier and Ms. Thompson-Dozier made their initial appearances in the District of Maryland. And Ms. Vance made her initial appearance in the Central District of California. Mr. Thomas was ordered detained pending trial while the remaining defendants were released on conditions.

2. Through agreement of the parties, the defendants' preliminary hearings were initially scheduled for May 23, 2024, with an appropriate time exclusion so that defense counsel could review discovery and consider pre-indictment resolutions of the case. The defendants' preliminary hearings were then continued until July 18, 2024, so that defense counsel could continue reviewing discovery and

1

considering pre-indictment resolutions of the case.

3. The government has produced discovery to defense counsel. The discovery includes detailed financial records, text messages, emails, and other correspondence, and interview reports.

4. The discovery is over one million pages, and a significant portion of that discovery is supplemental discovery that defense counsel are just receiving. The supplemental discovery contains extractions from the more than 20 electronic devices that were seized during physical search warrants executed at three locations the day the defendants were arrested.

5. The undersigned Assistant United States Attorney ("AUSA") was also in a multi-week jury trial in another case, *United States v. Agricultural Contracting Services et al.*, 1:19-cr-00003-DAD, which started on April 25, 2024, and ended on June 19, 2024. The undersigned AUSA was unable to meaningfully meet with defense counsel about potential pre-indictment resolutions because of this trial.

6. Additionally, Ms. Thompson-Dozier has an ongoing medical condition that makes travel difficult, and the undersigned AUSA and Ms. Dozier's counsel, Serita Rios, wish to minimize her travel as much as possible at this time.

7. Therefore, the parties now agree to further continue the preliminary hearing until September 19, 2024. The parties agree that good cause exists for the continuance because the extension is required to allow defense counsel reasonable time to complete their review of the discovery, prepare for any litigation, and fully consider pre-indictment resolutions.

///

///

///

8. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from July 18, 2024, through September 19, 2024, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: July 1, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*

Joseph Barton
Assistant United States Attorney

Dated: July 1, 2024

*/s/ Peter Jones*

Peter Jones
Counsel for Kristopher Thomas

Dated: July 1, 2024

*/s/ Christina Corcoran*

Christina Corcoran
Counsel for Charmane Dozier

Dated: July 1, 2024

*/s/ Serita Rios*

Serita Rios
Counsel for Kettisha Thompson-Dozier

Dated: July 1, 2024

*/s/ Victor Nasser*

Victor Nasser
Counsel for Sharon Vance

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>KRISTOPHER THOMAS,<br>CHARMANE DOZIER,<br>KETTISHA THOMPSON-DOZIER, and<br>SHARON VANCE<br><br>                  Defendants. | CASE NO. 5:24-MJ-00007-CDB<br><br>~~PROPOSED~~ ORDER CONTINUING PRELIMINARY HEARINGS AND EXCLUDING TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 et seq.<br><br>(Doc. 45) |

       The Court has read and considered the parties' stipulation to further continue the preliminary hearings in this case and exclude time from calculation under the Speedy Trial Act.  Further the Court has considered representations made by counsel for all parties during a hearing on July 9, 2024, during which counsel confirmed each Defendant waived his/her personal appearance pursuant to Fed. R. Crim. P. 43.  *See* (Doc. 46)

       For the reasons preserved on the record, the Court finds there is good cause for the requested continuance so as to allow defense counsel reasonable time to review discovery, prepare for any litigation, and consider pre-indictment resolutions.  The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the Defendants in a speedy trial.  The Court's finding in this regarding takes into account, among other things, counsel's acknowledgment that the Court will entertain no further requested extensions and that "Congress did not

4

intend the 'ends of justice' exclusion to be granted as a matter of course but rather to be used sparingly and only when necessary." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1155 (9th Cir. 2000) (quotation and citations omitted).

Therefore, for good cause shown:

1. The preliminary hearings are continued from July 18, 2024, to September 19, 2024, at 2:00 p.m., before the Fresno duty magistrate judge; and
2. The period from July 18, 2024, through September 19, 2024, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES MAGISTRATE JUDGE